101 F.3d 689
 Reginald Boyer
v.
Joseph Mazurkiewicz, John M. McCullough, Francis Dougherty,
Sam Mazzotta, Stewart E. Boone, Anthony J. Deangelo, John
Doe, T.L. Whitman, George H. Conrad, Former Hearing
Examiner, Daniel Hammond, Correctional Officer (Co 4), Jack
M. Allar, Former Assistant Supt, & Grievance Coordinator,
George Wilson, Corrections Mail Inspector, D. Leathers,
Correctional Officer (#4), at SCI-Rockview
 NO. 96-7046
 United States Court of Appeals,
Third Circuit.
 Oct 23, 1996
 
 Appeal From: M.D.Pa., No. 93-cv-00263,
 Conaboy, J.
 
 
 1
 AFFIRMED.